

**IN RE: A.N.H.**

**2424 EDA 2016**

Superior Court of Pennsylvania.

04/26/2017

No. 2014–a9129
(Bucks)
Affirmed

**IN RE: M.R.H.**

**2425 EDA 2016**

Superior Court of Pennsylvania.

04/26/2017

No. 2014–a9128
(Bucks)
Affirmed

**IN RE: A.M.H.**

**2426 EDA 2016**

Superior Court of Pennsylvania.

04/26/2017

No. 2014–a9127
(Bucks)
Affirmed

**IN RE: L.A.H.**

**2427 EDA 2016**

Superior Court of Pennsylvania.

04/26/2017

No. 2014–a9130
(Bucks)
Affirmed

**COM.**

v.

**POTTS, J.**

**2453 EDA 2016**

Superior Court of Pennsylvania.

4/26/2017

CP–15–CR–0001123–2012
(Chester)
Affirmed

**COM.**

v.

**EDDINGTON, J.**

**210 MDA 2016**

Superior Court of Pennsylvania.

04/26/2017

CP–67–CR–0007170–2012
CP–67–CR–0007172–2012